# Exhibit A 3 i

## to
## Defendant's Notice of Removal

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO.: <u>2019-018945-CA-01</u>
SECTION: <u>CA44</u>
JUDGE: <u>William Thomas</u>

**Cooperatieve Rabobank U.A., New York Branch et al**

Plaintiff(s) / Petitioner(s)

vs.

**Crowe LLP**

Defendant(s) / Respondent(s)

_____/

## <u>ORDER GRANTING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510</u>

THIS CAUSE came before the Court upon Andrew Solomon's Verified Motion for Admission to Appear Pro Hac Vice pursuant to Florida Rule of Judicial Administration 2.510. The Court has carefully considered the Motion, and being otherwise fully advised in the premises, it is ORDERED and ADJUDGED:

1. Said Motion be and is hereby GRANTED.
2. Andrew Solomon of the law firm of Solomon & Cramer LLP is permitted to appear *pro hac vice* in this Court as co-counsel to Scott Jay Feder, P.A., and attorney of record for Plaintiffs in the instant case.

CaseNo: 2019-018945-CA-01
Page 2 of 2

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>18th day of July,</u>
<u>2019</u>.



<u>2019-018945-CA-01 07-18-2019 3:05 PM</u>
Hon. William Thomas

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Copies Furnished To:**
Andrew Solomon , Email : asolomon@solomoncramer.com
Scott Jay Feder , Email : assistantscottjfeder@hotmail.com
Scott Jay Feder , Email : scottj8@aol.com