# Exhibit A 3 ii

## to
## Defendant's Notice of Removal

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-018945-CA-01
SECTION: CA44
JUDGE: William Thomas

**Cooperatieve Rabobank U.A., New York Branch et al**

Plaintiff(s) / Petitioner(s)

vs.

**Crowe LLP**

Defendant(s) / Respondent(s)

_____/

## ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE

THIS CAUSE came before the Court on July 18, 2019, upon Plaintiff's Motion for a Brief Postponement of the Initial Case Management Conference, and the Court having considered the Motion, reviewed the file, and being otherwise fully advised in the premises, it is ORDERED and ADJUDGED:

1. Said Motion be and is hereby GRANTED.
2. The Initial Case Management Conference currently scheduled for August 1, 2019 at 9:30 AM is hereby rescheduled to take place on 9/5/19 at 9:15 in Room 1307, of the Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130.

It is further;

ORDERED and ADJUDGED that all parties should be prepared to discuss the status of the case as well as any outstanding motions.

CaseNo: 2019-018945-CA-01<br>Page 2 of 2

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>18th day of July, 2019</u>.



<u>2019-018945-CA-01 07-18-2019 3:01 PM</u>
Hon. William Thomas

**CIRCUIT COURT JUDGE**
Electronically Signed

---

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

---

**Copies Furnished To:**
Scott Jay Feder , Email : assistantscottjfeder@hotmail.com
Scott Jay Feder , Email : scottj8@aol.com