# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:19-cv-23100-GAYLES/OTAZO-REYES

COÖPERATIEVE RABOBANK U.A., New York
Branch; BROWN BROTHERS HARRIMAN & CO.;
BANK HAPOALIM B.M.; MITSUBISHI
INTERNATIONAL CORPORATION; ICBC
STANDARD BANK PLC; TECHEMET METAL
TRADING, LLC; WOODFOREST NATIONAL
BANK and HAIN CAPITAL INVESTORS
MASTER FUND, LTD.,

        Plaintiffs,

vs.

CROWE LLP,

        Defendant.

## JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

Counsel for all parties have conferred regarding initial motion practice in this matter.
Defendant has advised Plaintiffs that Defendant intends to file a motion to transfer this action to
the Southern District of New York pursuant to 28 USC §§ 1404(a) and 1412.  Plaintiffs have
advised that they intend to file a motion to abstain pursuant to 28 USC § 1334.

In order to facilitate a coordinated and expeditious briefing schedule in connection with
these anticipated motions, the parties request that the court enter the following agreed scheduling
order:

| | |
|---|---|
| **No later than Wednesday, August 7, 2019:** | Plaintiffs to file their motion for abstention and Defendant to file its transfer motion. |
| **Wednesday, August 21, 2019:** | The parties to file their respective responses. |

| | |
|---|---|
| **Wednesday,**<br>**August 28, 2019:** | The parties to file their respective replies. |

   WHEREFORE, the Parties jointly request entry of an order setting a briefing schedule as set forth above.

Dated:   August 6, 2019

Respectfully submitted,

COFFEY BURLINGTON, P.L.              SCOTT JAY FEDER, P.A.


By:_____s/   Paul J. Schwiep_____              By:_____s/   Scott Jay Feder_____
    Paul J. Schwiep, FBN 823244                 Scott Jay Feder, FBN 0359300

*Counsel for Defendant*                  *Counsel for Plaintiffs*

Case No. 1:19-cv-23100-GAYLES/OTAZO-REYES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

s/   Paul J. Schwiep

| Service List | |
|---|---|
| **Scott Jay Feder, Esq.** <br> ScottJ8@aol.com <br> SCOTT JAY FEDER, P.A. <br> 4649 Ponce de Leon Boulevard, Suite 402 <br> Coral Gables, Florida  33146 <br> Telephone:     (305) 669-0060 <br> Facsimile:     (305) 669-4220 <br> Secondary:     AssistantScottJFeder@hotmail.com <br><br> ***Counsel for Plaintiffs*** | **Andrew T. Solomon** <br> Attorney at Law (*pro hac vice* pending) <br> ASolomon@SolomonCramer.com <br> SOLOMON & CRAMER LLP <br> 1441 Broadway, Suite 6026 <br> New York, New York  10018 <br> Telephone:     (212) 884-9102 <br> Direct Dial:    (646) 518-7822 <br> Cell:             (917) 664-5575 <br> Facsimile:     (516) 368-3896 <br><br> ***Counsel for Plaintiffs*** |