UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-23100-GAYLES/OTAZO-REYES

COÖPERATIEVE RABOBANK U.A., New York Branch; BROWN BROTHERS HARRIMAN & CO.; BANK HAPOALIM B.M.; MITSUBISHI INTERNATIONAL CORPORATION; ICBC STANDARD BANK PLC; TECHEMET METAL TRADING, LLC; WOODFOREST NATIONAL BANK and HAIN CAPITAL INVESTORS MASTER FUND, LTD.,

       Plaintiffs,

vs.

CROWE LLP,

       Defendant.

**ORDER GRANTING JOINT MOTION TO**
**<u>ESTABLISH BRIEFING SCHEDULE</u>**

THIS MATTER is before the Court on the Parties' Joint Motion to Set Briefing Schedule (ECF No. _____) ("Joint Motion"). The Court having reviewed the Joint Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED. The briefing schedule set forth in the Joint Motion is approved as follows:

| | |
|---|---|
| **No later than Wednesday, August 7, 2019:** | Plaintiffs to file their motion for abstention and Defendant to file its transfer motion. |
| **Wednesday, August 21, 2019:** | The parties to file their respective responses. |

Case No. 1:19-cv-23100-GAYLES/OTAZO-REYES

**Wednesday, August 28, 2019:**  The parties to file their respective replies.

DONE AND ORDERED in Chambers, at Miami, Florida, this ___ day of _____, 2019.

                                        Honorable Darrin P. Gayles
                                        United States District Court Judge

*Copies furnished to:*
All Counsel of Record