# Composite Exhibit 1

to

Defendant's Response in Opposition to Plaintiffs' Memorandum of Law in Support of Abstention and Remand

Litigation Analytics Report for United States District Court, S.D. Florida

## Outcome analytics by party



### Outcome analytics by party (20 of 13,963)

#### 1. Other

● **Other -** August 6, 2019: Plaintiff (CHELSEA POLITE), and Defendant (ROYA CARIBBEAN CRUISES 1050 CARIBBEAN WAY MIAMI FLORIDA) left the case 1 day after the docket opened

⏱ 1 Day to outcome

○ **Docket opened -** August 5, 2019

**Polite v. ROYA CARIBBEAN CRUISES**  📄 Docket

S.D.Fla.   |   August 5, 2019   |   1:19-CV-23258

Torts/Negligence > Personal Injury > Other Federal Actions

#### 2. Uncontested Dismissal

● **Uncontested Dismissal -** August 12, 2019: Plaintiffs (MCKEE LAW GROUP LLC (THE), BRILL AND ASSOCIATES), and Defendants (JOE J FISHER II P C, BRYAN BLEVINS, PROVOST UMPHREY LAW FIRM LLP) left the case 12 days after the docket opened

⏱ 12 Days to outcome

○ **Docket opened -** July 31, 2019

**The McKee Law Group LLC et al v. Fisher, II et al**  📄 Docket

S.D.Fla.   |   July 31, 2019   |   0:19-CV-61928

Torts/Negligence > Personal Injury > Other Federal Actions

**Allegations :**   Removed from Circuit Court of Florida in and for Seventeenth Judicial Circuit, Broward County, under case no. CACE-2019-012961. Defendant intentionally interfered with plaintiffs' contracts with their judgment creditor client victims by refusing to produce the documents pertaining to requisites for pursuit of collection, and made defamatory statements against them.
**Damages :**   Order to compel.

#### 3. Other

**Litigation Analytics Report for United States District Court, S.D. Florida**

🟡 **Other -** August 1, 2019: Plaintiff (CHERYL ROBINSON), and Defendant (NCL (Bahamas) Ltd) left the case 1 day after the docket opened

⏱ 1 Day to outcome

○ **Docket opened -** July 31, 2019

**Robinson v. NCL (Bahamas) Ltd., A Bermuda Company, d/b/a Norwegian Cruise Lines**   📄 Docket

S.D.Fla.   |   July 31, 2019   |   1:19-CV-23166

Torts/Negligence > Marine

### 4. Other

🟡 **Other -** July 30, 2019: Plaintiff (LINDA DEANE), and Defendants (ROYAL CARIBBEAN CRUISES LTD, LIBERIAN CORP, DELISLE WALWYN AND CO LTD, et. al.) left the case 1 day after the docket opened

⏱ 1 Day to outcome

○ **Docket opened -** July 29, 2019

**Deane v. Royal Caribbean Cruises, Ltd., a Liberian Corporation et al**   📄 Docket

S.D.Fla.   |   July 29, 2019   |   1:19-CV-23126

Torts/Negligence > Personal Injury > Other Federal Actions

### 5. Uncontested Dismissal

🔵 **Uncontested Dismissal -** August 2, 2019: Defendants (LITTON LOAN SERVICING NOW OCWEN LOAN SERVICING LLC, BANK OF AMERICA NA, LASALLE BANK NA, et. al.) left the case 7 days after the docket opened

⏱ 7 Days to outcome

○ **Docket opened -** July 26, 2019

**Fenn et al v. Litton Loan Servicing, Now Ocwen Loan Servicing, LLC et al**   📄 Docket

S.D.Fla.   |   July 26, 2019   |   9:19-CV-81066

Torts/Negligence > Personal Property > Other Fraud

**Allegations :**   Defendants devised a scheme to improperly prevent plaintiffs from presenting their case and defenses in a foreclosure action filed against them, and to unlawfully influence the court in its foreclosure decision against the plaintiffs.
**Damages :**   Treble damages, declaratory and injunctive relief, restitution, disgorgement, fees and costs.

### 6. Other

🟡 **Other -** July 26, 2019: Plaintiff (ERIKA ROBERTS), and Defendant (Carnival Corp) left the case 1 day after the docket opened

⏱ 1 Day to outcome

◯ **Docket opened -** July 25, 2019

**Roberts v. Carnival Cruise Lines, Inc. d/b/a Carnival Cruise Lines**                      📄 Docket

S.D.Fla.    |    July 25, 2019    |    1:19-CV-23103

Torts/Negligence > Personal Injury > Other Federal Actions

## 7. Other

🟡 **Other -** July 24, 2019: Plaintiff (ADOLFO LEBERBAUM), and Defendant (Royal Caribbean Cruise Line AS) left the case 1 day after the docket opened

⏱ 1 Day to outcome

◯ **Docket opened -** July 23, 2019

**Leberbaum v. ROYAL CARIBBEAN CRUISE LINE LTD.**                      📄 Docket

S.D.Fla.    |    July 23, 2019    |    1:19-CV-23057

Torts/Negligence > Marine

## 8. Uncontested Dismissal

🔵 **Uncontested Dismissal -** July 24, 2019: Defendants (WILLIAM SNYDER, WESTWAY TOWING, FORT LAUDERDALE CODE ENFORCEMENT) left the case 2 days after the docket opened

⏱ 2 Days to outcome

◯ **Docket opened -** July 22, 2019

**George v. Snyder et al**                      📄 Docket

S.D.Fla.    |    July 22, 2019    |    0:19-CV-61827

Torts/Negligence > Personal Property > Other Fraud

## 9. Uncontested Dismissal

🔵 **Uncontested Dismissal -** July 22, 2019: Defendants (MIAMI DADE COUNTY, Jackson Therapy Partners LLC) left the case 3 days after the docket opened

⏱ 3 Days to outcome

○ **Docket opened -** July 19, 2019

**Adacia v. Miami Dade County et al** 📄 Docket

S.D.Fla.    |    July 19, 2019    |    1:19-CV-23026

Torts/Negligence > Personal Injury > Other Federal Actions

## 10. Docketed Elsewhere > Remanded

🟠 **Remanded -** July 22, 2019: Plaintiff (COLBY VICTORIA SMITH), and Defendant (TARGET CORP) left the case 6 days after the docket opened

⏱ 6 Days to outcome

○ **Docket opened -** July 16, 2019

**Smith v. Target Corporation** 📄 Docket

S.D.Fla.    |    July 16, 2019    |    1:19-CV-22940

Torts/Negligence > Personal Injury > Other Federal Actions

**Allegations :**    Removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, with Case No. 19-016855-CA 01. Plaintiff invitee sustained serious physical injury when she bumped her left ankle on a metal attachment sticking out from the register inside defendant's premises.
**Damages :**    In excess of $15,000 in damages and costs.

## 11. Uncontested Dismissal

🔵 **Uncontested Dismissal -** July 18, 2019: Defendant (RANA FURNITURE CO) left the case 2 days after the docket opened

⏱ 2 Days to outcome

○ **Docket opened -** July 16, 2019

**Saunders et al v. Rana Furniture Company** 📄 Docket

S.D.Fla.    |    July 16, 2019    |    1:19-CV-22949

Torts/Negligence > Personal Property > Other Fraud

**Allegations :**    Defendant falsely advertised an "American Bedding Company" brand bed mattress to plaintiff, but delivered a totally different and defective mattress to her home.
**Damages :**    Actual damages, $6,000 in compensatory damages and $500,000 in punitive damages, declaratory and injunctive relief and $10,000 in civil penalty.

### 12. Uncontested Dismissal

🔵 **Uncontested Dismissal -** August 4, 2019: Plaintiff (DALE DIVELY), and Defendants (PREMIER COMPOUNDING PHARMACY INC, TRACY L CHRISTIAN) left the case 23 days after the docket opened

⏱ 23 Days to outcome

○ **Docket opened -** July 12, 2019

**Dively v. Premier Compounding Pharmacy, INC. et al**                                              📄 Docket

S.D.Fla.   |   July 12, 2019   |   9:19-CV-80921

Torts/Negligence > Federal Employers Liability

**Allegations :**   Defendant's president of the Company knowingly paid plaintiff employee less income than he actually earned, in breach of the contract.
**Damages :**   Compensatory, liquidated, treble and statutory damages, accounting, fees and costs.

### 13. Uncontested Dismissal

🔵 **Uncontested Dismissal -** August 6, 2019: Plaintiff (JESSICA LOPEZ), and Defendant (CB RICHARD ELLIS INC) left the case 25 days after the docket opened

⏱ 25 Days to outcome

○ **Docket opened -** July 12, 2019

**Lopez v. CB Richard Ellis, Inc.**                                                                 📄 Docket

S.D.Fla.   |   July 12, 2019   |   1:19-CV-22909

Torts/Negligence > Personal Injury > Other Federal Actions

**Allegations :**   Removed from the 15th Judicial Circuit Court in and for Palm Beach County, Florida, case no. 2018-39024 CA 22. Defendant failed to provide non-slip surface on its stairwell, causing the plaintiff to slip, fall and sustain injuries.
**Damages :**   In excess of $15,000, interest and costs.

### 14. Other

🟡 **Other -** July 10, 2019: Plaintiff (LANTRA SNELL), and Defendant (WAL MART STORES EAST LP) left the case 1 day after the docket opened

⏱ 1 Day to outcome

○ **Docket opened -** July 9, 2019

**Snell v. Wal-Mart Stores East, L.P.**                                                             📄 Docket

S.D.Fla.   |   July 9, 2019   |   1:19-CV-22823

Torts/Negligence > Personal Injury > Other Federal Actions

### 15. Docketed Elsewhere > Remanded

🟠 **Remanded -** August 6, 2019: Plaintiff (LANTRA SNELL), and Defendant (WAL MART STORES EAST LP) left the case 28 days after the docket opened

⏱ 28 Days to outcome

○ **Docket opened -** July 9, 2019

**Snell v. Wal-Mart Stores East, L.P.**                                                                                                   📄 Docket

S.D.Fla.    |    July 9, 2019    |    1:19-CV-22825

Torts/Negligence > Personal Injury > Other Federal Actions

**Allegations :**    Removed from the 11th Judicial Circuit Court, Miami-Dade County, Florida, with Case No. 2019-014799-CA-01. Plaintiff slipped, fell and sustained injuries due to a hazardous condition on defendant's premises.
**Damages :**    Compensatory damages, and costs.

### 16. Uncontested Dismissal

🔵 **Uncontested Dismissal -** July 31, 2019: Defendants (BROWARD COUNTY TRANSIT RISK MANAGEMENT DIVISION, JACQUELINE ARDILES) left the case 29 days after the docket opened

⏱ 29 Days to outcome

○ **Docket opened -** July 2, 2019

**Clarke v. Broward County Transit Risk Management Division et al**                                                         📄 Docket

S.D.Fla.    |    July 2, 2019    |    0:19-CV-61653

Torts/Negligence > Personal Injury > Other Federal Actions

### 17. Docketed Elsewhere > Consolidated

🟠 **Consolidated -** July 30, 2019: Plaintiffs (PHILIP SCHENTRUP, APRIL SCHENTRUP), and Defendant (UNITED STATES OF AMERICA) left the case 32 days after the docket opened

⏱ 32 Days to outcome

○ **Docket opened -** June 28, 2019

**Schentrup et al v. UNITED STATES OF AMERICA**                                                                                  📄 Docket

S.D.Fla.    |    June 28, 2019    |    0:19-CV-61623

Torts/Negligence > Personal Injury > Other Federal Actions

**Allegations :**   Defendant's failure to handle and investigate tips concerning potential mass school shooting in a reasonable manner resulted in the death of plaintiffs' decedent after she was executed in her school by a gunman.
**Damages :**   Compensatory damages and costs.

## 18. Docketed Elsewhere > Referred to ADR

- **Referred to ADR -** July 22, 2019: Plaintiff (MARKO KAPA), and Defendant (MSC Cruises SA) left the case 25 days after the docket opened
- 25 Days to outcome
- **Docket opened -** June 27, 2019

**Kapa v. MSC Cruises, S.A.**  Docket

S.D.Fla.   |   June 27, 2019   |   1:19-CV-22681

Torts/Negligence > Personal Injury > Other Federal Actions

**Allegations :**   Removed from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2019-01146 CA 01. Defendant failed to provide plaintiff with a safe place work at the vessel, causing him to fall several stories and sustain serious injuries after he was instructed by his supervisor to climb on top of an elevator unit which suddenly and without warning started rapidly moving.
**Damages :**   Punitive damages and fees.

## 19. Other

- **Other -** June 27, 2019: Plaintiff (ROSS HARTOG), and Defendants (AMERICAN EXPRESS CO, AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC, American Express National Bank) left the case 1 day after the docket opened
- 1 Day to outcome
- **Docket opened -** June 26, 2019

**Hartog v. American Express Company et al**  Docket

S.D.Fla.   |   June 26, 2019   |   9:19-CV-80852

Torts/Negligence > Personal Property > Other Fraud

## 20. Docketed Elsewhere > Remanded

- **Remanded -** August 6, 2019: Plaintiffs (joyce zidell, JAMIE H ZIDELL), and Defendants (MICHAEL ZIDELL, JEFFREY ZIDELL, LISA ZIDELL, et. al.) left the case 42 days after the docket opened
- 42 Days to outcome
- **Docket opened -** June 25, 2019

**Zidell et al v. Zidell et al**  Docket

S.D.Fla.   |   June 25, 2019   |   1:19-CV-22640

Torts/Negligence > Personal Injury > Other Federal Actions

**Allegations :**   Removed from the Circuit Court of the eleventh Circuit in and for Miami-Dade County, Florida, under case no. 2019-163423-CA30. Defendants committed elder abuse by conspiring to obtain the funds of plaintiff's 84-year-old ward, the defendants' mother, following her husband's death.
**Damages :**   Actual, treble, compensatory, consequential and punitive damages, interest, fees and costs.

Litigation Analytics Report for United States District Court, S.D. New York

Outcome analytics by party



Outcome analytics by party (20 of 698)

### 1. Other

🟡 **Other** - July 15, 2019: Plaintiff (JUNE AZORE), and Defendant (UNITED STATES OF AMERICA) left the case 77 days after the docket opened

⏱ 77 Days to outcome

⭕ **Docket opened** - April 29, 2019

**Azore v. United States of America**  📄 Docket

S.D.N.Y.   |   April 29, 2019   |   1:19-CV-03791

Torts/Negligence > Malpractice > Medical

**Allegations :**   Defendants departed from accepted standards of medical care, and improperly conducted hysterosalpingogram (HSG) test despite her pregnancy, causing the premature birth of plaintiff's baby.
**Damages :**   $100,000,000, disbursements, and costs.

### 2. Docketed Elsewhere > Remanded

🟠 **Remanded -** May 31, 2019: Plaintiff (JAMAYA MELVIN), and Defendants (RAPHAEL K OSEI, ELIZABETH CLARISSA SCHWARTZ, CORNERSTONE FAMILY HEALTHCARE, et. al.) left the case 49 days after the docket opened

⏱ 49 Days to outcome

⭕ **Docket opened** - April 12, 2019

**Melvin v. Osei et al**  📄 Docket

S.D.N.Y.   |   April 12, 2019   |   1:19-CV-03298

Torts/Negligence > Malpractice > Medical

**Allegations :**   Removed from the Supreme Court of the State of New York, County of Orange, under index no. EF008926-2018. Defendants committed medical malpractice by unskillfully rendering obstetrical and gynecological care to plaintiff, and by failing to adequately inform the plaintiff about the risks, benefits and alternatives related to the treatment of her medical conditions, resulting in severe permanent injuries.
**Damages :**   In excess of the jurisdictional limits of the lower courts, disbursements and costs.

### 3. Uncontested Dismissal

● **Uncontested Dismissal -** May 20, 2019: Plaintiff (JOSE SANCHEZ) left the case 38 days after the docket opened

○ 38 Days to outcome

○ **Docket opened -** April 12, 2019

**Sanchez v. Urban Health Plan et al**   Docket

S.D.N.Y.   |   April 12, 2019   |   1:19-CV-03297

Torts/Negligence > Malpractice > Medical

**Allegations :**   Removed from the Supreme Court of the State of New York, County of Bronx, Index No. 31200-2018E. Defendants committed medical malpractice by prescribing to plaintiff the wrong medication to treat his hand fungus, causing him to sustain serious personal injuries.
**Damages :**   In excess of the jurisdictional limits, disbursements and costs.

### 4. Uncontested Dismissal

● **Uncontested Dismissal -** June 6, 2019: Plaintiff (CHAYA GREENWALD), and Defendants (REFUAH HEALTH CENTER INC, SHLOMO EISENBERG) left the case 59 days after the docket opened

○ 59 Days to outcome

○ **Docket opened -** April 8, 2019

**Greenwald v. Refuah Health Center, Inc. et al**   Docket

S.D.N.Y.   |   April 8, 2019   |   7:19-CV-03098

Torts/Negligence > Malpractice > Medical

**Allegations :**   Removed from Supreme Court of New York for and in County of Rockland, docketed as 037083/2018. Plaintiff was a patient under the care and treatment of defendants, and underwent various dental procedures performed by them. The care and treatment, rendered by the defendants, their agents, servants and employees on the aforesaid date, was unskillful, improper, incorrect and constituted dental malpractice in that the care and treatment failed to follow good and accepted custom and proper dental practice and procedures of the dental profession in the community where the care and treatment was rendered.
**Damages :**   In excess of jurisdictional limits, disbursements, and costs.

### 5. Uncontested Dismissal

● **Uncontested Dismissal -** May 24, 2019: Plaintiff (IVELISSE CIPRIAN), and Defendants (DENTAL ORAL SURGERY, MANHATTAN ORAL FACIAL SURGERY LLC, DMD BRADLEY HIRSCH, et. al.) left the case 106 days after the docket opened

○ 106 Days to outcome

○ **Docket opened -** February 7, 2019

**Ciprian v. Dental Oral Surgery et al**　　　　　　　　　　　　　　　　　　　　　　　　　📄 Docket

S.D.N.Y.　|　February 7, 2019　|　1:19-CV-01164

Torts/Negligence > Malpractice > Medical

**Allegations :**　Removed from the Supreme Court of the State of New York, County of Bronx, Index No. 24986/2018E. Defendants provided plaintiff with substandard oral and maxillofacial surgical treatment to plaintiff, causing her to sustain grave bodily injury and complications.
**Damages :**　In excess of the jurisdictional limits, disbursements, interest and costs.

## 6. Other

🟡 **Other -** February 14, 2019: Plaintiffs (KURT HIEBAUM, MANDY POULIN), and Defendants (OPEN DOOR FAMILY MEDICAL CENTER INC, THOMAS YUEN) left the case 7 days after the docket opened

⏱ 7 Days to outcome

○ **Docket opened -** February 7, 2019

**Hiebaum et al v. Open Door Family Medical Center, Inc. et al**　　　　　　　　　　　　　　　　📄 Docket

S.D.N.Y.　|　February 7, 2019　|　7:19-CV-01168

Torts/Negligence > Malpractice > Medical

## 7. Uncontested Dismissal

🔵 **Uncontested Dismissal -** April 24, 2019: Plaintiff (ANA CORDERO BARREIRO), and Defendant (UNITED STATES OF AMERICA) left the case 132 days after the docket opened

⏱ 132 Days to outcome

○ **Docket opened -** December 13, 2018

**Cordero-Barreiro et al v. United States of America**　　　　　　　　　　　　　　　　　　　　📄 Docket

S.D.N.Y.　|　December 13, 2018　|　1:18-CV-11683

Torts/Negligence > Malpractice > Medical

**Allegations :**　Defendant failed to provide proper care and treatment to plaintiff's decedent, causing the decedent's health to deteriorate which led to her wrongful death.
**Damages :**　$5,000,000 in damages, interest, fees and costs.

## 8. Other

🟡 **Other -** November 8, 2018: Plaintiff (KARLA LAMBERT), and Defendant (UNITED STATES OF AMERICA UNITED STATES

ATTORNEYS OFFICE SOUTHERN DISTRICT OF NEW YORK) left the case 8 days after the docket opened

⏱ 8 Days to outcome

○ **Docket opened -** October 31, 2018

**Lambert v. United States Of America**    📄 Docket

S.D.N.Y.    |    October 31, 2018    |    1:18-CV-10084

Torts/Negligence > Malpractice > Medical

**Allegations :**    Defendant obstetrician and gynecologists of Orange Regional Medical Center committed malpractice by leaving a surgical pad in plaintiff's abdomen after a cesarean section procedure, causing the plaintiff to suffer severe pain and injuries.
**Damages :**    $5,000,000, interest, disbursements and costs.

## 9. Docketed Elsewhere

🟠 **Docketed Elsewhere -** December 6, 2018: Defendant (Mount Vernon Neighborhood Health Center Inc) left the case 50 days after the docket opened

⏱ 50 Days to outcome

○ **Docket opened -** October 17, 2018

**Rivera v. Arad et al**    📄 Docket

S.D.N.Y.    |    October 17, 2018    |    7:18-CV-09506

Torts/Negligence > Malpractice > Medical

**Allegations :**    Removed from the Supreme Court of the State of New York, County of Westchester, Index No. 65931/2018. Defendants caused plaintiff's decedent's wrongful death by negligently performing surgery for the installation of the ostomy, attempted repair of the retracted stoma and insertion of intubation tube to the decedent.
**Damages :**    In excess of the jurisdictional limits, disbursements and costs.

## 10. Docketed Elsewhere

🟠 **Docketed Elsewhere -** December 6, 2018: Plaintiff (JENNIFER RIVERA), and Defendants (JONATHAN ARAD M D, WESTCHESTER SURGICAL SPECIALIST PLLC, ST JOHNS RIVERSIDE HOSPITAL, et. al.) left the case 50 days after the docket opened

⏱ 50 Days to outcome

○ **Docket opened -** October 17, 2018

**Rivera v. Arad et al**    📄 Docket

S.D.N.Y.    |    October 17, 2018    |    7:18-CV-09506

Litigation Analytics Report for United States District Court, S.D. New York

Torts/Negligence > Malpractice > Medical

**Allegations :**   Removed from the Supreme Court of the State of New York, County of Westchester, Index No. 65931/2018. Defendants caused plaintiff's decedent's wrongful death by negligently performing surgery for the installation of the ostomy, attempted repair of the retracted stoma and insertion of intubation tube to the decedent.
**Damages :**   In excess of the jurisdictional limits, disbursements and costs.

## 11. Uncontested Dismissal

● **Uncontested Dismissal -** March 18, 2019: Defendant (DR RENEE ROLSTON) left the case 153 days after the docket opened

⏱ 153 Days to outcome

○ **Docket opened -** October 16, 2018

**Ampen v. Fainti et al**  📄 Docket

S.D.N.Y.   |   October 16, 2018   |   1:18-CV-09474

Torts/Negligence > Malpractice > Medical

**Allegations :**   Removed from the Supreme Court of New York, County of Bronx, case no. 26287/2015E. Defendants committed malpractice by failing to properly and timely treat plaintiff for her labor and delivery, causing her to suffer severe injuries.
**Damages :**   In excess of jurisdictional limits, disbursements and costs.

## 12. Docketed Elsewhere

● **Docketed Elsewhere -** March 28, 2019: Plaintiff (AKUA AMPEN), and Defendants (DR PETER FAINTI, DR ALEXANDER KUCHEROV, DR HYE J HEO, et. al.) left the case 163 days after the docket opened

⏱ 163 Days to outcome

○ **Docket opened -** October 16, 2018

**Ampen v. Fainti et al**  📄 Docket

S.D.N.Y.   |   October 16, 2018   |   1:18-CV-09474

Torts/Negligence > Malpractice > Medical

**Allegations :**   Removed from the Supreme Court of New York, County of Bronx, case no. 26287/2015E. Defendants committed malpractice by failing to properly and timely treat plaintiff for her labor and delivery, causing her to suffer severe injuries.
**Damages :**   In excess of jurisdictional limits, disbursements and costs.

## 13. Docketed Elsewhere

● **Docketed Elsewhere -** March 28, 2019: Defendant (DR EVE KARKOWSKI) left the case 163 days after the docket opened

⏱ 163 Days to outcome

○ **Docket opened -** October 16, 2018

**Ampen v. Fainti et al** [Docket]

S.D.N.Y.   |   October 16, 2018   |   1:18-CV-09474

Torts/Negligence > Malpractice > Medical

**Allegations :**   Removed from the Supreme Court of New York, County of Bronx, case no. 26287/2015E. Defendants committed malpractice by failing to properly and timely treat plaintiff for her labor and delivery, causing her to suffer severe injuries.
**Damages :**   In excess of jurisdictional limits, disbursements and costs.

## 14. Settled

● **Settled -** June 26, 2019: Plaintiff (MEGIN KLUNCK), and Defendants (NYC MEDICAL PRACTICE, PC, SERGEY VOSKIN M D, PA ALEXANDRA ELIZABETH BARKER) left the case 266 days after the docket opened

⏱ 266 Days to outcome

○ **Docket opened -** October 3, 2018

**Klunck v. NYC Medical Practice, P.C. et al** [Docket]

S.D.N.Y.   |   October 3, 2018   |   1:18-CV-09045

Torts/Negligence > Malpractice > Medical

**Allegations :**   Defendant physician assistant negligently administered intradermal injections of Kenalog 40 to the forehead of plaintiff despite knowledge that the Kenalog 40 is suitable for intramuscular and intraarticular use only, causing the plaintiff to suffer significant facial cosmetic disfigurement.
**Damages :**   In excess of the jurisdictional limits, disbursements and costs.

## 15. Other

● **Other -** October 12, 2018: Plaintiff (UNITED STATES), and Defendants (BENJAMIN J STRAUB M D, EDWARD AMELMAH M D, FARAH TAHER M D, et. al.) left the case 11 days after the docket opened

⏱ 11 Days to outcome

○ **Docket opened -** October 1, 2018

**United States v. Straub et al** [Docket]

S.D.N.Y.   |   October 1, 2018   |   7:18-CV-08973

Torts/Negligence > Malpractice > Medical

Litigation Analytics Report for United States District Court, S.D. New York

### 16. Other

🟡 **Other -** September 18, 2018: Plaintiff (GABRIEL GONZALEZ), and Defendant (UNITED STATES OF AMERICA) left the case 11 days after the docket opened

⏱ 11 Days to outcome

◯ **Docket opened -** September 7, 2018

**Gonzalez v. United States of America**                                                                              📄 Docket

S.D.N.Y.    |    September 7, 2018    |    1:18-CV-08181

Torts/Negligence > Malpractice > Medical

### 17. Docketed Elsewhere > Transferred

🟠 **Transferred -** July 26, 2018: Defendants (QUEENS MEDICAL CENTER, HAWAII RESIDENCY PROGRAM (HRP), DR MATTHEW DUMOUCHEL, et. al.) left the case 8 days after the docket opened

⏱ 8 Days to outcome

◯ **Docket opened -** July 18, 2018

**Krizek v. Queens Medical Center et al**                                                                              📄 Docket

S.D.N.Y.    |    July 18, 2018    |    1:18-CV-06481

Torts/Negligence > Malpractice > Medical

**Allegations :**    Defendants negligently attempted to place a cvc into the chest of plaintiff decedent without supervision of the ICU doctor, causing perforation and puncture of the decedent's carotid artery which resulted in profuse bleeding.
**Damages :**    Actual, compensatory, and punitive damages, interest, and costs.

### 18. Settled

🔵 **Settled -** July 22, 2019: Plaintiffs (KHADIJA TRIGGS GOMEZ, KHADIJAH TRIGGS GOMEZ), and Defendant (UNITED STATES OF AMERICA) left the case 371 days after the docket opened

⏱ 371 Days to outcome

◯ **Docket opened -** July 16, 2018

**Triggs-Gomez v. United States Of America**                                                                              📄 Docket

S.D.N.Y.    |    July 16, 2018    |    1:18-CV-06401

Torts/Negligence > Malpractice > Medical

**Allegations :**    Defendant's medical personnel failed to diagnose that plaintiff's decedent was suffering from Metastatic Lung Cancer and failed to provide necessary treatment for lung cancer, resulting in his wrongful death.

**Damages :**   In excess of the jurisdictional limits, disbursements and costs.

## 19. Docketed Elsewhere

🟠 **Docketed Elsewhere -** August 31, 2018: Plaintiff (JOANNA M GARAY), and Defendant (KRISTEN SEMANISION) left the case 59 days after the docket opened

⏱ 59 Days to outcome

○ **Docket opened -** July 3, 2018

**Garay v. Semanision**     Docket

S.D.N.Y.   |   July 3, 2018   |   1:18-CV-06056

Torts/Negligence > Malpractice > Medical

**Allegations :**   Removed from the Supreme Court of the State of New York, County of Bronx, under Case No. 22235/2018E. Defendant negligently provided obstetrical care and treatment to plaintiff, causing her to suffer injuries when she gave birth to a stillborn baby.
**Damages :**   In excess of the jurisdictional limits, interest, disbursements and costs.

## 20. Uncontested Dismissal

🔵 **Uncontested Dismissal -** February 13, 2019: Plaintiff (ERLINE KEITT), and Defendant (UNITED STATES OF AMERICA) left the case 232 days after the docket opened

⏱ 232 Days to outcome

○ **Docket opened -** June 26, 2018

**Erline Keitt et al v. United States of America**    Docket

S.D.N.Y.   |   June 26, 2018   |   1:18-CV-05774

Torts/Negligence > Malpractice > Medical

**Allegations :**   Defendants failed to use proper test and examinations in treating plaintiff's decedent, causing him to suffer from undiagnosed esophageal carcinoma positive for malignancy and other injuries that led to his untimely death.
**Damages :**   $5 million, fees and costs.