# Exhibit 2

## to

## Defendant's Response in Opposition to Plaintiffs' Memorandum of Law in Support of Abstention and Remand

# SUPREME COURT OF FLORIDA

## Circuit Court Pending Caseload Report Summary

Completed By: **COC**　　　　　　　　　　　　　　　　Circuit No: **11**　　　　County: **Miami-Dade**

Contact Phone: **(305) 349-5872**　　　　　　　　　County No: **13**　　　　QTR End: **06/30/2019**

| CASE TYPE | ACTIVE | | INACTIVE |
|---|---|---|---|
| 1. Criminal | Less Than 180 Days | More Than 180 Days | Do Not Report Inactive Cases For Circuit Criminal |
| | 0 | 0 | |
| 2. Civil<br>　a. Jury Cases | Less Than 18 Months | More Than 18 Months | 256 |
| | 25079 | 3355 | |
| 　b. Non-Jury Cases | Less Than 12 Months | More Than 12 Months | 2534 |
| | 10970 | 10066 | |
| 3. Domestic Relations<br>　a. Contested Cases | Less Than 180 Days | More Than 180 Days | 0 |
| | 0 | 0 | |
| 　b. Uncontested Cases | Less Than 90 Days | More Than 90 Days | 0 |
| | 0 | 0 | |
| 4. Probate<br>　a. Contested Cases | Less Than 24 Months | More Than 24 Months | 40 |
| | 0 | 33 | |
| 　b. Uncontested Cases | Less Than 12 Months | More Than 12 Months | 635 |
| | 3242 | 3967 | |
| 5. Juvenile<br>　a. Delinquency | Less Than 120 Days | More Than 120 Days | Do Not Report Inactive Cases For Juvenile Delinquency |
| | 0 | 0 | |
| 　b. Dependency | Less Than 120 Days | More Than 120 Days | Do Not Report Inactive Cases For Juvenile Dependency |
| | 0 | 0 | |