# U.S. Bankruptcy Court
# Southern District of New York (Manhattan)
# Adversary Proceeding #: 20-01061-shl
## Internal Use Only

*Assigned to:* Judge Sean H. Lane                                   *Date Filed:* 03/17/20
*Lead BK Case:* 18-13359                                            *Date Removed From State:* 03/17/20
*Lead BK Title:* Miami Metals I, Inc., et al.
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)


*Plaintiff*
-----------------------
**Cooperatieve Rabobank U.A., New York Branch**        represented by **Scott Jay Feder**
                                                       4649 Ponce De Leon Boulevard
                                                       Coral Gables, FL 33146
                                                       (305) 669-0060
                                                       Fax : (305) 699-4220
                                                       Email: assistantscottjfeder@hotmail.com
                                                       *LEAD ATTORNEY*

                                                       **Andrew T. Solomon**
                                                       Solomon & Cramer LLP
                                                       25 West 39th Street
                                                       Ste 7th Floor
                                                       New York, NY 10018
                                                       212-884-9102
                                                       Fax : 516-368-3896
                                                       Email: asolomon@solomoncramer.com
                                                       *LEAD ATTORNEY*


*Plaintiff*
-----------------------
**Brown Brothers Harriman & Co.**                      represented by **Scott Jay Feder**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

                                                       **Andrew T. Solomon**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

*Plaintiff*
-----------------------
**Bank Hapoalim B.M.**                                    represented by **Scott Jay Feder**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **Andrew T. Solomon**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*Plaintiff*
-----------------------
**Mitsubishi International Corporation**                  represented by **Scott Jay Feder**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **Andrew T. Solomon**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*Plaintiff*
-----------------------
**ICBC Standard Bank PLC**                                represented by **Scott Jay Feder**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **Andrew T. Solomon**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*Plaintiff*
-----------------------
**Techemet Metal Trading, LLC**                           represented by **Scott Jay Feder**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **Andrew T. Solomon**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*Plaintiff*
-----------------------
**Woodforest National Bank**                              represented by **Scott Jay Feder**

(See above for address)
*LEAD ATTORNEY*

**Andrew T. Solomon**
(See above for address)
*LEAD ATTORNEY*

*Plaintiff*
-----------------------

**Hain Capital Investors Master Fund, Ltd.**      represented by **Scott Jay Feder**
(See above for address)
*LEAD ATTORNEY*

**Andrew T. Solomon**
(See above for address)
*LEAD ATTORNEY*

V.

*Defendant*
-----------------------

**Crowe LLP**      represented by **Amanda Catalano**
Tabet DiVito & Rothstein LLC
209 S. LaSalle Street
Ste 7th Floor
Chicago, IL 60604
312-762-9450
Email: acatalano@tdrlawfirm.com

**John M. Fitzgerald**
Tabet DiVito & Rothstein LLC
209 South LaSalle Street
Ste 7th Floor
Chicago, IL 60604
312-762-9478
Fax : 312-762-9451
Email: jfitzgerald@tdrlawfirm.com

**Mark H Horwitch**
Tabet DiVito & Rothstein LLC
209 S. LaSalle Street
7th Floor
Chicago, IL 60604
312-762-9465
Email: mhorwitch@tdrlawfirm.com

**Stuart Kagen**

The Kagen Law Firm
570 Lexington Avenue
New York, NY 10101
(212) 808-2045
Email: skagen@kagencaspersen.com
*LEAD ATTORNEY*

**Stuart Kagen**
Kagen & Caspersen
757 3rd Ave., 20th Fl.
New York, NY 10017
212-880-2045
Fax : 646-304-7879
Email: skagen@kagencaspersen.com

**Paul Joseph Schwiep**
Coffey Burlington, P.L
2601 S Bayshore Drive
Miami, FL 33133
(305) 858-2900
Email: pschwiep@coffeyburlington.com
*LEAD ATTORNEY*

**Caesar A. Tabet, I**
Tabet DiVito & Rothstein LLC
209 South LaSalle Street
Ste 7th
Chicago, IL 60604
312-762-9450
Fax : 312-762-9451
Email: ctabet@tdrlawfirm.com

**Fernando laTour Tamayo**
Coffey Burlington
2601 South Bayshore Drive
Miami, FL 33133
(306) 858-2900
Email: ftamayo@coffeyburlington.com
*LEAD ATTORNEY*

**John Everett Thornton**
Coffey Burlington, P.L.
2601 South Bayshore Drive
Miami, FL 33133
(306) 858-2900
Email: jthornton@coffeyburlington.com
*LEAD ATTORNEY*

**Jordan Wilkow**

Tabet DiVito & Rothstein LLC
209 S. LaSalle Street
Ste 7th Floor
Chicago, IL 60604
312-762-9450
Email: jwilkow@tdrlawfirm.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/17/2020 | **1** (850 pgs; 22 docs) | Adversary case 20-01061. Copy of Certified Order Transferring Case No. *1:20-cv-1556 (LGS)* from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. (Receipt Number 113C118463, Fee Amount $ 350.). Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Scott Jay Feder, Andrew T. Solomon on behalf of Cooperatieve Rabobank U.A., New York Branch, Brown Brothers Harriman & Co., Bank Hapoalim B.M., Mitsubishi International Corporation, ICBC Standard Bank PLC, Techemet Metal Trading, LLC, Woodforest National Bank, Hain Capital Investors Master Fund, Ltd.. (Attachments: # 1 Doc 2 Motion # 2 Doc 5 Notice # 3 Doc 6 Motion # 4 Doc 7 Motion # 5 Doc 8 Motion # 6 Doc 10 Response # 7 Doc 11 Response # 8 Doc 12 Reply # 9 Doc 13 Reply # 10 Doc 14 Motion # 11 Doc 16 Order # 12 Doc 17 Trans Order # 13 Doc 18 Notice of Appearance # 14 Doc 19 Letter # 15 Doc 20 Memo Endorsed # 16 Doc 21 Notice # 17 Doc 22 Letter # 18 Doc 23 Letter # 19 Doc 24 Order # 20 Doc 25 SDNY Transfer # 21 SDNY Docket Sheet) (Pisarczyk, Gladys) (Entered: 03/17/2020) |
| 03/18/2020 | **2** (1 pg) | Notice of Pre-Trial Conference for a Removed Case with Pre-Trial Conference set for 4/30/2020 at 10:00 AM at Courtroom 701 (SHL), (Porter, Minnie) (Entered: 03/18/2020) |
| 03/18/2020 | **3** (2 pgs) | Motion for Attachment *for Admission to Practice, Pro Hac Vice* filed by Jordan Wilkow on behalf of Crowe LLP. (Wilkow, Jordan) (Entered: 03/18/2020) |
| 03/18/2020 | **4** (2 pgs) | Application for Pro Hac Vice Admission filed by John M. Fitzgerald on behalf of Crowe LLP. (Fitzgerald, John) (Entered: 03/18/2020) |

| | | |
|---|---|---|
| 03/18/2020 | | Receipt of Application for Pro Hac Vice Admission( 20-01061-shl) [motion,122] ( 200.00) Filing Fee. Receipt number A13848879. Fee amount 200.00. (Re: Doc # 4) (U.S. Treasury) (Entered: 03/18/2020) |
| 03/18/2020 | ● 5 (2 pgs) | Motion for Attachment *for Admission to Practice, Pro Hac Vice* filed by Mark H Horwitch on behalf of Crowe LLP. (Horwitch, Mark) (Entered: 03/18/2020) |
| 03/18/2020 | ● 6 (2 pgs) | Application for Pro Hac Vice Admission filed by Caesar A. Tabet I on behalf of Crowe LLP. (Tabet, Caesar) (Entered: 03/18/2020) |
| 03/18/2020 | | Receipt of Application for Pro Hac Vice Admission( 20-01061-shl) [motion,122] ( 200.00) Filing Fee. Receipt number A13849062. Fee amount 200.00. (Re: Doc # 6) (U.S. Treasury) (Entered: 03/18/2020) |
| 03/18/2020 | ● 7 (2 pgs) | Motion for Attachment *Admission to Practice, Pro Hac Vice* filed by Amanda Catalano on behalf of Crowe LLP. (Catalano, Amanda) (Entered: 03/18/2020) |
| 03/18/2020 | ● 8 (2 pgs) | Application for Pro Hac Vice Admission filed by Mark H Horwitch on behalf of Crowe LLP. (Horwitch, Mark) (Entered: 03/18/2020) |
| 03/18/2020 | ● 9 (2 pgs) | Application for Pro Hac Vice Admission filed by Amanda Catalano on behalf of Crowe LLP. (Catalano, Amanda) (Entered: 03/18/2020) |
| 03/18/2020 | ● 10 (2 pgs) | Application for Pro Hac Vice Admission filed by Jordan Wilkow on behalf of Crowe LLP. (Wilkow, Jordan) (Entered: 03/18/2020) |
| 03/19/2020 | | Receipt of Application for Pro Hac Vice Admission( 20-01061-shl) [motion,122] ( 200.00) Filing Fee. Receipt number 205889. Fee amount 200.00. (Re: Doc # 8) (Lewis) (Entered: 03/19/2020) |
| 03/19/2020 | | Receipt of Application for Pro Hac Vice Admission( 20-01061-shl) [motion,122] ( 200.00) Filing Fee. Receipt number 205899. Fee amount 200.00. (Re: Doc # 10) (Lewis) (Entered: 03/19/2020) |

| | | |
|---|---|---|
| 03/19/2020 | | Receipt of Application for Pro Hac Vice Admission( 20-01061-shl) [motion,122] ( 200.00) Filing Fee. Receipt number 205899. Fee amount 200.00. (Re: Doc # 9) (Lewis) (Entered: 03/19/2020) |
| 03/19/2020 | 11 (1 pg) | Order Signed On 3/19/2020, Granting Application For Pro Hac Vice Re: Jordan E. Wilkow (Related Doc # 10) (Ebanks, Liza) (Entered: 03/19/2020) |
| 03/19/2020 | 12 (1 pg) | Order Signed On 3/19/2020, Granting Application For Pro Hac Vice Re: John M. Fitzgerald. (Related Doc # 4)(Ebanks, Liza) (Entered: 03/19/2020) |
| 03/19/2020 | 13 (1 pg) | Order Signed On 3/19/2020, Granting Application For Pro Hac Vice Re: Mark H. Horwitch (Related Doc # 8) (Ebanks, Liza) (Entered: 03/19/2020) |
| 03/19/2020 | 14 (1 pg) | Order Signed On 3/19/2020, Granting Application For Pro Hac Vice Re: Caesar A. Tabet. (Related Doc # 6) (Ebanks, Liza) (Entered: 03/19/2020) |
| 03/19/2020 | 15 (1 pg) | Order Signed On 3/19/2020, Granting Application For Pro Hac Vice Re: Amanda N. Catalano (Related Doc # 9) (Ebanks, Liza) (Entered: 03/19/2020) |
| 03/20/2020 | 16 (5 pgs; 2 docs) | Motion to Extend Time *to Answer or otherwise Respond to Complaint* filed by Stuart Kagen on behalf of Crowe LLP. (Attachments: # 1 Exhibit Proposed Order) (Kagen, Stuart) (Entered: 03/20/2020) |
| 03/20/2020 | 17 (2 pgs) | Letter *to update the Court on the status of this adversary proceeding and to request that the Court hold an initial telephonic status conference for this case on April 2, 2020 (at 10:00 a.m.) to coincide with the Hearing currently scheduled in the main bankruptcy case on that date.* Filed by Andrew T. Solomon on behalf of Bank Hapoalim B.M., Brown Brothers Harriman & Co., Cooperatieve Rabobank U.A., New York Branch, Hain Capital Investors Master Fund, Ltd., ICBC Standard Bank PLC, Mitsubishi International Corporation, Techemet Metal Trading, LLC, Woodforest National Bank. (Solomon, Andrew) (Entered: 03/20/2020) |
| 03/23/2020 | 18 (3 pgs) | Letter *regarding request for an initial telephonic status conference on April 2, 2020* Filed by Stuart Kagen on behalf of Crowe LLP. (Kagen, Stuart) (Entered: 03/23/2020) |

| | | |
|---|---|---|
| 04/01/2020 | 🌐19<br>(2 pgs) | Notice of Hearing filed by Andrew T. Solomon on behalf of Bank Hapoalim B.M., Brown Brothers Harriman & Co., Cooperatieve Rabobank U.A., New York Branch, Hain Capital Investors Master Fund, Ltd., ICBC Standard Bank PLC, Mitsubishi International Corporation, Techemet Metal Trading, LLC, Woodforest National Bank. with hearing to be held on 4/7/2020 at 10:30 AM at Courtroom 701 (SHL) (Solomon, Andrew) (Entered: 04/01/2020) |
| 04/02/2020 | 🌐20<br>(2 pgs) | Notice of Hearing *on Defendant's Unopposed Motion For Extension Of Time To Answer Or Otherwise Respond To Complaint* (related document(s)16) filed by Stuart Kagen on behalf of Crowe LLP. with hearing to be held on 4/7/2020 (check with court for location) (Kagen, Stuart) (Entered: 04/02/2020) |
| 04/02/2020 | 🌐21<br>(1 pg) | Order Signed On 4/2/2020, Granting Defendant's Unopposed Motion For Extension Of Time To Answer Or Otherwise Respond To Complaint To April 15, 2020. (Related Doc # 16) (Ebanks, Liza) (Entered: 04/02/2020) |
| 04/02/2020 | 🌐22<br>(112 pgs; 7 docs) | Motion to Dismiss Adversary Proceeding filed by Caesar A. Tabet I on behalf of Crowe LLP. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5) (Tabet, Caesar) (Entered: 04/02/2020) |
| 04/06/2020 | 🌐23<br>(58 pgs; 2 docs) | Motion to Allow*Crowe LLP's Motion for Leave to File Instanter Its Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Abstention and Remand* filed by Caesar A. Tabet I on behalf of Crowe LLP. (Attachments: # 1 Crowe LLP's Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Abstention and Remand) (Tabet, Caesar) (Entered: 04/06/2020) |
| 04/10/2020 | 🌐24<br>(1 pg) | Order Signed On 4/10/2020, Granting Defendant's Motion For Leave To File Instanter Supplemental Memorandum Of Law In Opposition To Plaintiffs' Motion For Abstention And Remand. (Related Doc # 23) (Ebanks, Liza) (Entered: 04/10/2020) |
| 04/27/2020 | 🌐25<br>(25 pgs) | Reply to Motion / *Memorandum of Law in Further Support of Motion for Abstention and Remand* filed by Andrew T. Solomon on behalf of Bank Hapoalim B.M., Brown Brothers Harriman & Co., Cooperatieve Rabobank U.A., New York Branch, Hain Capital Investors Master |

| | | |
|---|---|---|
| | | Fund, Ltd., ICBC Standard Bank PLC, Mitsubishi International Corporation, Techemet Metal Trading, LLC, Woodforest National Bank. (Solomon, Andrew) (Entered: 04/27/2020) |
| 04/30/2020 | 26 (15 pgs; 2 docs) | Motion to Allow*Crowe LLP's Motion for Leave to File Instanter Its Reply to Plaintiffs' Motion for Abstention and Remand* filed by Caesar A. Tabet I on behalf of Crowe LLP. (Attachments: # 1 Exhibit A - Crowe LLP's Reply to Plaintiffs' Motion for Abstention and Remand) (Tabet, Caesar) (Entered: 04/30/2020) |
| 05/04/2020 | 27 (1 pg) | Order Signed On 5/4/2020, Granting Crowe LLPs Motion For Leave To File Instanter Its Reply To Plaintiffs Motion For Abstention And Remand. (Related Doc # 26) (Ebanks, Liza) (Entered: 05/04/2020) |
| 03/07/2021 | 28 (2 pgs) | Letter *Seeking Leave to Commence Fact Discovery* Filed by Andrew T. Solomon on behalf of Bank Hapoalim B.M., Brown Brothers Harriman & Co., Cooperatieve Rabobank U.A., New York Branch, Hain Capital Investors Master Fund, Ltd., ICBC Standard Bank PLC, Mitsubishi International Corporation, Techemet Metal Trading, LLC, Woodforest National Bank. (Solomon, Andrew) (Entered: 03/07/2021) |
| 03/09/2021 | 29 (3 pgs) | Letter *responding to Plaintiffs' March 7 letter re fact discovery* (related document(s)28) Filed by Caesar A. Tabet I on behalf of Crowe LLP. (Tabet, Caesar) (Entered: 03/09/2021) |
| 03/24/2021 | 30 (17 pgs) | Memorandum Of Decision Signed On 3/24/2021, Re: Plaintiff's Motion For Abstention And Remand. (related document(s)1) (Ebanks, Liza) (Entered: 03/24/2021) |
| 03/26/2021 | 31 (5 pgs) | Notice of Settlement of an Order *Granting Motion for Mandatory Abstention and Remand* (related document(s)30) filed by Andrew T. Solomon on behalf of Bank Hapoalim B.M., Brown Brothers Harriman & Co., Cooperatieve Rabobank U.A., New York Branch, Hain Capital Investors Master Fund, Ltd., ICBC Standard Bank PLC, Mitsubishi International Corporation, Techemet Metal Trading, LLC, Woodforest National Bank. Objections due by 4/2/2021, (Solomon, Andrew) (Entered: 03/26/2021) |
| 04/09/2021 | 32 (3 pgs) | Order Signed On 4/9/2021, Granting Mandatory Abstention And Remand. (Ebanks, Liza) (Entered: |

Case 1:19-cv-23100-DPG   Document 18-1   Entered on FLSD Docket 04/21/2021   Page 10 of 10

|  |  | 04/09/2021) |